**LAW OFFICES OF KHACHIK AKHKASHIAN**
Khachik Akhkashian, SB#213607
2418 Honolulu Avenue, Suite #G
Montrose, California 91020
Telephone: (818) 249-2220
Facsimile: (818) 249-2297

Attorney for Debtor
**ALEXANDER ZERKOVSKY**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

**ALEXANDER ZERKOVSKY**

Debtor.

) Case No.   2:21-BK-12832-NB
)
) CHAPTER 7
)
) [*Assigned to the Honorable United States Bankruptcy*
) *Judge Neil Bason*]
)
) **DECLARATION OF KHACHIK**
) **AKHKASHIAN RE: SETTLEMENT**
) **PAYMENT TO CREDITORS PATRICK AND**
) **KATHLEEN STONE.**
)
)
)
)
)
)
)

1. My name is Khachik Akhkashian. I am over the age of 18 and duly licensed to practice law in the State of California and before the Central District of California. If I am called as a witness, I could and would competently testify to the following facts which are within my personal knowledge.

2. Any and all action that I have taken as to the Debtor's previous case and instant case has been in good faith with my client's best interests involved.

1

DECLARATION OF KHACHIK AKHKASHIAN RE: SETTLEMENT PAYMENT TO CREDITORS PATRICK
AND KATHLEEN STONE.

LAW OFFICES OF KHACHIK AKHKASHIAN

2418 HONOLULU AVENUE, SUITE #G
MONTROSE, CALIFORNIA 91020
TELEPHONE (818) 249-2220

3. The Debtor and Creditors, Kathleen and Patrick Stone (Hereinafter "Stones") reached an accord to resolve their dispute in the amount of $10,000.00 which was memorialized during the Order to Show Cause Hearing on September 14, 2021. The Debtor was ordered to make payment in the amount of $10,000.00 no later than October 31, 2021, and Debtor's Counsel was ordered to file a Declaration concerning status of payment and delivery thereto no later than November 5, 2021.

4. Debtor issued a business check in the amount of $10,000.00 on October 29, 2021 to Creditor Stones. Creditor Stones confirmed that the business check was received on November 1, 2021, and was deposited into their account on November 2, 2021 through a series of emails between myself and Creditor Stones.

5. Unfortunately, while the Stones check was being endorsed and funds were being cleared, an automatic payment debit was entered against Debtor's account and the business check did not clear due to insufficient funds.

6. Creditor Stones brought the insufficient funds notice to my attention last night at approximately 10:07 p.m. by electronic mail.

7. I immediately contacted my client at 10:08 p.m. and informed him of the insufficient funds and that the business check did not clear but instead "bounced."

8. The Debtor informed me that he was aware of the insufficient funds so he had already proceeded to obtain a cashier's check and mailed it out the Stones earlier in the day, 12:35 p.m. to be exact. (Please See Attached Exhibit "B").

9. The Cashier's Check is made out to Creditor Patrick Stone, as requested by Creditor Stones. I am unable to print the entire image of the Cashier's Check that the Debtor delivered to me via text message, but the image is complete when I extract image from my cell phone photo library. I am just unable to crop and format the image so that it is printable on 8.5 x 11 paper. (Please See Attached Exhibit "A").

10. The Cashier's Check was delivered to the Stones through the United States Postal Service Express Mail delivery which was assigned the following tracking number: EJ724161766US. (Please See Attached Exhibit "B")

2

DECLARATION OF KHACHIK AKHKASHIAN RE: SETTLEMENT PAYMENT TO CREDITORS PATRICK AND KATHLEEN STONE.

11. I have already communicated by electronic mail with Creditors Stone concerning the situation, and I have provided copies of Cashier's Check and Proof of Mailing to the Stones so that they can track the package.

12. As of 1:48 p.m., the United States Postal Service webpage reflects that the package is out for delivery (Please See Attached Exhibit "C") and the receipt indicates that delivery shall be made by November 5, 2021 6:00 p.m. (Please See Attached Exhibit "B").

13. This Declaration was executed under penalty of perjury.

DATED: November 5, 2021                    LAW OFFICES OF KHACHIK AKHKASHIAN


BY _____
       Khachik Akhkashian
       Attorney for Debtor
       **ALEXANDER ZERKOVSKY**

LAW OFFICES OF KHACHIK AKHKASHIAN
2418 HONOLULU AVENUE, SUITE #G
MONTROSE, CALIFORNIA 91020
TELEPHONE (818) 249-2220

3

DECLARATION OF KHACHIK AKHKASHIAN RE: SETTLEMENT PAYMENT TO CREDITORS PATRICK AND KATHLEEN STONE.

# EXHIBIT "A"

Case 2:21-bk-12832-NB    Doc 34    Filed 11/05/21    Entered 11/05/21 14:13:27    Desc
Main Document    Page 5 of 11

# Cashier's Check

No. 0100712708

Void After 90 Days          91-170/1221          Date 11/04/21 11:59:01 AM

NAZ

...at this check is lost, misplaced or
...y waiting period will be required
...uld be negotiated within 90 days.

...LLAGE

0081

**BANK OF AMERICA** ONE ZERO ZERO FIVE ZERO CTSCTS

**$10,050.00**

...and 00/100 Dollars**

AUTO

...STONE

...TONE V ZERKOVSKY

...ALL INSTALL COMPANY

AUTHORIZED SIGNATURE

⑆0100712708⑈ ⑆122101706⑆ 4570029317 17⑈

...T HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

# EXHIBIT "B"

11/04/2021                              12:33 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day Flat Rate Env | 1 | | $27.10 |

    Los Angeles, CA 90026
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
      Fri 11/05/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
      EJ724161766US
    Insurance            $0.00
      Up to $100.00 included

Total                    $27.10

Grand Total:          $27.10

Debit Card Remitted    $27.10
    Card Name: VISA
    Account #: XXXXXXXXXXXX5013



# EXHIBIT "C"

# USPS Tracking®

## Track Another Package +



**Tracking Number:** EJ724161766US

Remove ✕

**On Time**

**Expected Delivery on**

**FRIDAY**
**5** NOVEMBER 2021 ⓘ

See Product Information ⌄

## Out for Delivery

November 5, 2021 at 10:08 am
LOS ANGELES, CA 90026

Get Updates ⌄

| Text & Email Updates | ⌄ |
| --- | --- |
| Proof of Delivery | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

| In re:<br><br>**Alexander Zerkovsky**<br><br>Debtor(s). | CHAPTER: **7**<br><br>CASE NUMBER: **2:21-bk-12832-NB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2418 Honolulu Avenue
Suite #G
Montrose, CA 91020-1823**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KHACHIK AKHKASHIAN RE: SETTLEMENT PAYMENT TO CREDITORS PATRICK AND KATHLEEN STONE.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 5, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Carolyn A Dye (TR): trustee@cadye.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Kathleen and Patrick Stone: 3200hamiltonway@gmail.com; katandpatstone@gmail.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On November 5, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Kathleen and Patrick Stone
3200 Hamilton Way
Los Angeles, CA 90026**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 5, 2021 | Khachik Akhkashian | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **9013-3.1.PROOF.SERVICE**